# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| SHARA DAWN LAWHORNE, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 1:13-cv-00424-GZS |
| ) | |
| WOLF, DIRECTOR, MT State ) | |
| Mental Hospital, ) | |
| ) | |
| Defendant ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 5) filed December 11, 2013, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Plaintiff's Complaint (ECF No. 1) is **DISMISSED** for failure to prosecute this action.

      /s/ George Z. Singal
      United States District Judge

Dated this 10th day of January, 2014.